PEOPLE ex rel. GOLER v. BOARD OF SUP'RS OF MONROE COUNTY. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Proceedings by the people of the state of New York, on the relation of George W. Goler, against the board of supervisors of Monroe county.

PER CURIAM. Motion to amend decision denied, with $10 costs; the decision having been a final determination upon the merits.

PEOPLE ex rel. GORDON v. GORDON. (Supreme Court, Appellate Division, First Department. November 18, 1904.) Proceedings by the people of the state of New York, on the relation of Isidore Gordon, against Rachel Gordon. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

PEOPLE ex rel. HARD, Appellant, v. WELLS et al., Respondents. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Proceedings by the people of the state of New York, on the relation of Anson W. Hard, against James L. Wells and others. H. De F. Baldwin, for appellant. A. T. Campbell, Jr., for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. McSHEA v. LAY et al., Board of Town Auditors. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Proceedings by the people of the state of New York, on the relation of John P. McShea, against George S. Lay and, others, constituting the board of town auditors, etc. No opinion. Writ of certiorari dismissed' upon the merits, with $15 costs and disbursements awarded to the defendants.

PEOPLE ex rel. MARKEY, Appellant, v. COLLINS, Superintendent of Buildings, Respondent. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Proceedings by the people of the state of New York, on the relation of James F. Markey, against Peter J. Collins, as superintendent of buildings, etc. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. MARKHAM v. LAY et al., Board of Town Auditors. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Proceedings by the people of the state of New York, on the relation of Samuel W. Markham, against George S. Lay and others constituting the board of town auditors, etc. No opinion. Writ of certiorari dismissed upon the merits, with $15 costs and disbursements awarded to the defendants.

PEOPLE ex rel. MENDELOVICI v. ABRA-HAMS. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Proceedings by the people of the state of New York, on the relation of Fannie Mendelovici, against Nathan Abrahams. No opinion. Motion for costs granted.

PEOPLE ex rel. MURPHY v. McADOO. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Proceedings by the people of the state of New York, on the relation of Thomas S. Murphy, against William McAdoo. H. Ringrose, for relator. T. Connoly, for respondent.

PER CURIAM. Writ dismissed and proceedings affirmed, with costs.

HATCH, J., dissents.

PEOPLE ex rel. NESBIT v. GREENE, Com'r. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Proceedings by the people of the state of New York, on the relation of John J. Nesbit, against Francis V. Greene, commissioner. H. W. Unger, for relator. T. Connoly, for respondent.

PER CURIAM. Writ dismissed and proceedings affirmed, with costs.

O'BRIEN, J., dissents.

PEOPLE ex rel. NEW YORK CENT. & H. R. R. Co., Respondent, v. MATTHIAS et al. Town Assessors, Appellants. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Proceedings by the people of the state of New York, on the relation of the New York Central & Hudson River Railroad Company, against James Matthias and others, as assessors of the town of Amsterdam, etc. No opinion. Order unanimously affirmed, with $50 costs and disbursements to the relator.

PEOPLE ex rel. TRUESDALE v. LAY et al., Board of Town Auditors. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Proceedings by the people of the state of New York, on the relation of Edgar C. Truesdale, against George S. Lay and others, constituting the board of town auditors. etc. No opinion. Writ of certiorari dismissed upon the merits, with $15 costs and disbursements awarded to the defendants.

PEOPLE ex rel. WELDNER, Appellant, v. BOWER et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Proceedings by the people of the state of New York, on the relation of William J. Weldner, against Eugene Bower and Clara Bower.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

SMITH, J., not sitting.

PHŒNIX INS. CO., Appellant, v. LEGGETT, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 30, 1904.) Action by the Phœnix Insurance Company of Hartford, Conn., against John C. Leggett. No opinion. Judgment and order affirmed, with costs.